UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTRYWIDE HOME LOANS, INC., | ) | CASE NO. 5:09MC82 |
| | ) | |
| MOVANT/APPELLANT, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL M. McDERMOTT, | ) | **JUDGMENT ENTRY** |
| | ) | |
| RESPONDENT/APPELLEE. | ) | |
| | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the emergency motion for stay pending appeal is **GRANTED**. The bankruptcy court's order of July 31, 2009 is **STAYED** pending this Court's resolution of the appeal in Case No. 5:09CV2106. A copy of this Memorandum Opinion and Order shall be forthwith transmitted to the bankruptcy court. Further, for purposes of the record in the appeal case, the Court directs the Clerk to file a copy of this Memorandum Opinion and Order in Case No. 5:09CV2106. This closes the instant case, with each party to bear its own costs.

**IT IS SO ORDERED**.

Dated: October 7, 2009

_____
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**